766 S.E.2d 375

Lawrence KEETER, Ronald Travis Keeter,
and Rebecca Keeter, Respondents,

v.

ALPINE TOWERS INTERNATIONAL, INC.
and Ashley Sexton, Defendants,

of whom Alpine Towers International, Inc., is Petitioner.

Appellate Case No. 2012–212878.

Supreme Court of South Carolina.

Sept. 11, 2014.

The parties submitted a joint motion to dismiss this matter in which petitioner seeks review of the Court of Appeals' opinion in *Keeter v. Alpine Towers Int'l, Inc.*, 399 S.C. 179, 730 S.E.2d 890 (Ct.App.2012). We grant the joint motion to dismiss this matter. We hereby direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

/s/JEAN H. TOAL, C.J.

/s/COSTA M. PLEICONES, J.

/s/DONALD W. BEATTY, J.

/s/JOHN W. KITTREDGE, J.
  FOR THE COURT

HEARN, J., not participating.